Daily Medical Equipment Distribution Center, Inc., as Assignee of Evelyn Rivas, Appellant, 
against
National Liability & Fire Insurance Company, Respondent.



Appeal from an order of the Civil Court of the City of New York, Queens County (Jodi Orlow, J.), entered February 5, 2014. The order denied plaintiff's motion for summary judgment and granted defendant's cross motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff moved for summary judgment, and defendant cross-moved for summary judgment dismissing the complaint on the ground that plaintiff's assignor had failed to appear for duly scheduled independent medical examinations (IMEs). By order entered February 5, 2014, the Civil Court denied plaintiff's motion and granted defendant's cross motion.
Contrary to plaintiff's contention, the affidavits submitted by defendant in support of its cross motion established the timely and proper mailing of the IME scheduling letters and the denial of claim forms (see St. Vincent's Hosp. of Richmond v Government Empls. Ins. Co., 50 AD3d 1123 [2008]). In light of the foregoing, plaintiff has shown no basis to disturb the order from which it has appealed.
Accordingly, the order is affirmed.
Pesce, P.J., Aliotta and Solomon, JJ., concur.
Decision Date: September 15, 2016